```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
WILBERT K.A. TURNER,                                               :
                                                                   :
                        Plaintiff,                                 :
                                                                   :      20-cv-5473 (LJL)
        -v-                                                        :
                                                                   :         ORDER
M. LINCON-VITALE, et al.,                                          :
                                                                   :
                        Defendants.                                :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2021

LEWIS J. LIMAN, United States District Judge:

      On December 22, 2020, the Court granted Defendants' motion to dismiss without prejudice to Plaintiff filing an amended complaint within sixty days of the Court's order.  Dkt. No. 18.  Plaintiff did not file an amended complaint within the time allotted.  Accordingly, the case is dismissed.

      The Clerk of Court is respectfully directed to terminate the case.

      SO ORDERED.

Dated: April 21, 2021
       New York, New York

                                              LEWIS J. LIMAN
                                        United States District Judge